**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **1st** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Edison Gomez** | JOINT DEBTOR: | **Maribel Claudio Mejias** | CASE NO.: | **15-29242** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-9047 | Last Four Digits of SS# | xxx-xx-6787 | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **707.76** for months **1** to **13** ;
B. $ **1,017.27** for months **14** to **30** ;
C. $ **948.37** for months **31** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,550.00**  TOTAL PAID $ **2,000.00**
Balance Due   $ **2,550.00**  payable $ **114.25**  /month (Months **1** to **13**)
                              **62.64**  /month (Months **14** to **30**)

$3,500.00 for chapter 13 and $1,050.00 for 2 Motion's to Modify car loan term

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Wells Fargo Bank, N.A.**
Address: **PO Box 660553 Dallas TX 75266-0553**
Arrearage on Petition Date $ **3,886.17**
Arrears Payment $ **82.69** /month (Months **14** to **60**)
Account No: **xxxx4682**
Regular Payment $ _____ /month (Months __ to __)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **World Omni PO Box 91614 Mobile, AL 36691 Account:xxxxxxxxxxxx3384** | 2011 Toyota HIghlander $ 15,400.00 | 5.25% | $ 313.90 $ 247.23 | 1 To 13 14 To 60 | $15,700.20 |
| **Nicholas Financial, Inc 2454 McMullen Clearwater, Florida 33759 Acct (xxxxx6482)** | 2007 Chevy Avalanche $ 10,525.00 | 5.25% | $ 254.18 200.18 | 1 to 13 14 To 60 | $12,712.80 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-** Total Due $ _____
Payable $ _____ /month (Months __ to __) Regular Payment $ _____

Unsecured Creditors: Pay $ **332.05** month (Months **14** to **60**)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

**Special Intentions:**
**Contempo Walk HOA, Inc.: Debtor will pay claim directly.**
**Flagstar Bank (xxxx7966): Debtor will pay claim directly.**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**U.S. Dept. of HUD (xxxx5450):** Debtor will treat claim directly outside plan, as per Modification.
**Sol Melia Vacation Club(xxx5331):** Debtor will pay claim directly.
**Towngate at Pembroke Pines Master HOA:** Debtor will pay claim directly.

**Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refund increase, the Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Edison Gomez | /s/ Maribel Claudio Mejias |
|---|---|
| **Edison Gomez** | **Maribel Claudio Mejias** |
| Debtor | Joint Debtor |
| Date:  **November 9, 2016** | Date:  **November 9, 2016** |

LF-31 (rev. 01/08/10)