# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO.: 15-29242-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

EDISON GOMEZ
XXX-XX-9047
MARIBEL CLAUDIO MEJIAS
XXX-XX-6787

<u>DEBTORS                              </u>/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtors are **delinquent in Confirmed Chapter 13 Plan Payments in the amount of <u>$1896.74.</u>**

The Debtors shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**.

If the Chapter 13 Trustee ("Trustee") does not receive all payments by <u>**July 14, 2019**</u> to bring the Debtors totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtors failure to become current or timely file a Motion to Modify, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 30th day of May 2019.

> */s/ Robin R. Weiner*
> ROBIN R. WEINER, ESQUIRE
> STANDING CHAPTER 13 TRUSTEE
> P.O. BOX 559007
> FORT LAUDERDALE, FL 33355-9007
> TELEPHONE: 954-382-2001
> FLORIDA BAR NO.: 861154

NOTICE OF DELINQUENCY
CASE NO.: 15-29242-BKC-RBR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
EDISON GOMEZ
MARIBEL CLAUDIO MEJIAS
341 NW 154TH AVENUE
HOLLYWOOD, FL  33028

**ATTORNEY FOR DEBTORS**
RICARDO CORONA, ESQUIRE
3899 NW 7TH STREET
SUITE 202-B
MIAMI, FL  33126