B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  EDISON GOMEZ & MARIBEL MEJIAS  ,                              Case No.  15-29242

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CAPITAL ASSET RECOVERY | NICHOLAS FINANCIAL |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Capital Asset Recovery
  P.O. Box 192585
  Dallas, TX 75219

Phone:  888-921-2644
Last Four Digits of Acct #:  6482

Court Claim # (if known):  8
Amount of Claim:  $11,159.88
Date Claim Filed:  11/23/2015

Phone:  888-237-2721
Last Four Digits of Acct. #:  6482

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael Stidham                              Date: 11/11/2019
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.