UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 3rd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Edison Gomez    JOINT DEBTOR: Maribel Claudio Mejias    CASE NO.: 15-29242-SMG

SS#: xxx-xx- 9047    SS#: xxx-xx-6787

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $881.26 for months 1 to 56 ;
2. $897.10 for months 57 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $4550.00 | Total Paid: | $2000.00 | Balance Due: | $2550.00 |
|---|---|---|---|---|---|
| Payable | $45.53 | /month (Months 1 to 56 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
$3,500 Chapter 13 Case, $1050 for 2 Motions to Modify car loan term

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Bank

   Address: PO Box 660553, Dallas, TX 75266

   | | | | |
   |---|---|---|---|
   | Arrearage/ Payoff on Petition Date | $3,886.17 | | |
   | Arrears Payment (Cure) | $66.86 | /month (Months 1 to 56 ) |
   | Arrears Payment (Cure) | $35.44 | /month (Months 57 to 60 ) |

   Last 4 Digits of Account No.: 4682

   Other: _____

Debtor(s): Edison Gomez, Maribel Claudio Mejias    Case number: 15-29242-SMG

☐ Real Property
    ☐ Principal Residence
    ■ Other Real Property
Address of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

■ Personal Property/Vehicle
Description of Collateral: ITEMS PURCHASED FROM EL DORADO FURNITURE

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ■ NONE
2. **VEHICLES(S):** ☐ NONE

| | | |
|---|---|---|
| 1. Creditor: Capital Asset Recovery<br>Address: P.O. BOX 192585<br>    DALLAS, TX 75219<br>Last 4 Digits of Account No.: 6482<br>VIN: 3GNEC12J07G149627<br>Description of Collateral:<br>2007 Chevy Avalanch<br><br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $10,525.00<br>Amount of Creditor's Lien: $11,722.00<br>Interest Rate: 525.00% | **Payment**<br>Total paid in plan: $12,712.80<br><br>$220.89 /month (Months 1 to 56)<br>$166.43 /month (Months 57 to 60) |
| 2. Creditor: World Omni Financial Corp.<br>Address: POB 991817<br>    Mobile AL 36691<br>Last 4 Digits of Account No.: 3384<br>VIN: 5TDZA3EH0BS016641<br>Description of Collateral:<br>2011 Toyota Highlander<br><br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $0.00<br>Amount of Creditor's Lien: $0.00<br>Interest Rate: 525.00% | **Payment**<br>Total paid in plan: $14,878.20<br><br>$272.79 /month (Months 1 to 56) |

3. **PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
    ■ NONE

Debtor(s): Edison Gomez, Maribel Claudio Mejias    Case number: 15-29242-SMG

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Contempo Walk HOA, Inc. | 341 | 341 NW 154 Ave Pembroke Pines, FL 33028 |
| 2. | Flagstar Bank | 7966 | 341 NW 154 Ave Pembroke Pines, FL 33028 |
| 3. | US Department of Education | 5450 | Student loans |
| 4. | Sol Melia Vacation Club | 5331 | Time Share in Puerto Rico |
| 5. | Towngate at Pembroke Pines | 341 | 341 NW 154 Ave Pembroke Pines, FL 33028 |
| 6. | World Omni | 3384 | 2011 Toyota Highlander |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **INTERNAL REVENUE SERVICE:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay ___$234.85___ /month (Months __1__ to __56__ )

   Pay ___$613.68___ /month (Months __57__ to __60__ )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Creditor World Omni account number 3384 for the 2011 Toyota Highlander was paid until month  since the vehicle was a total loss.

☐ Mortgage Modification Mediation

Debtor(s): Edison Gomez, Maribel Claudio Mejias    Case number: 15-29242-SMG

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Edison Gomez | Debtor | 7/15/2020 | /s/ Maribel Claudio Mejias | Joint Debtor | 6/30/2020 |
|---|---|---|---|---|---|
| Edison Gomez | | Date | Maribel Claudio Mejias | | Date |

/s/ Ricardo Corona, Esq.    7/15/2020
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**