**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re:**  CASE NO.: 15-29242-SMG
**EDISON GOMEZ**  **CHAPTER: 13**
**MARIBEL CLAUDIO MEJIAS**

    **Debtor**
_____/

**NOTICE OF CONTINUED HEARING**

NOTICE IS HEREBY GIVEN that a hearing will be held on **September 17, 2020** at **1:00 pm**, before the Honorable, Judge **Scott M. Grossman** in Room 30**8**, 299 E Broward Blvd., Fort Lauderdale, FL *. to consider the following:

**Debtor's Motion to Modify Chapter 13 Plan, DE 84**

*If the courthouse has not reopened, the hearing will be conducted telephonically and all parties must appear through CourtSolutions.com.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Continued Hearing was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this **21** of **August, 2020.**

                                              CORONA LAW FIRM, P.A.

                                              /s/ Ricardo Corona, Esq.
                                              RICARDO CORONA, ESQ.
                                              Florida Bar No. 111333
                                              3899 NW 7 Street
                                              Suite 202-B
                                              Miami, FL 33126
                                              (305) 547-1234 Phone
                                              (305)266-1151 Fax
                                              bk@coronapa.com

## CERTICATE OF SERVICE

I certify that a true copy of the above and was served on and all parties listed on the attached Mailing Matrix and all others set forth in the NEF on this **21** day of **August 2020**.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL  33126
Tel: (305) 547-1234
Fax: (305) 266-1151
e-mail:  bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 15-29242-SMG**

**By Electronic Means**
**Office of the US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**By Electronic Means**
**Robin Weiner, Chapter 13 Trustee**
PO Box 559007
Ft. Lauderdale, FL 33355-9007

**By US Mail**
**Edison Gomez**
**Maribel Claudio Mejias**
341 NW 154th Avenue
Hollywood, FL 33028